UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

IN RE:                                                        CASE NO. 17-10513-JKO

Dante Rios Stubbs                                             CHAPTER 7

Debtor(s)

_____/



## MOTION TO FOR EXTENSION OF TIME TO COMPLY WITH FILING AND CORRECTING ALL DEFICIENCIES

COMES NOW, Dante Stubbs Debtor, respectfully submits his motion of time through and including February 13, 2017, to file and in support offers the following grounds:

1. The Debtor was unable to gather all information to file and correct all deficiencies by the due date.

2. Debtor respectfully requests an extension of time to comply.

Respectfully submitted,

Dante R. Stubbs
400 SE 31ST ST #5
Fort Lauderdale, FL 33316