**ORDERED in the Southern District of Florida on February 3, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

Case No. 17-10513-JKO
Chapter 7

DANTE RIOS STUBBS
SSN: xxx-xx-4513

Debtor(s) /

**ORDER VACATING DISMISSAL AND REINSTATING CHAPTER 7 CASE**

**THIS CAUSE** came on before the court *sua sponte*. An Order Dismissing Case was prematurely entered in this case on January 31, 2017 [ECF #13], for failure by debtor to file or correct deficiencies in the case.

**ORDERED** as follows:

**1.** The Order Dismissing Case entered on January 31, 2017 [ECF #13] is **VACATED** and this case shall be **REINSTATED**, and;

**2.** All applicable deadlines shall be reinstated.

# # #

**Copies furnished by Clerk of Court to: All parties**