**ORDERED in the Southern District of Florida on February 3, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. **17-10513-JKO**

**Dante Rios Stubbs,**

Chapter **7**

Debtor /

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME [ECF 14]**

**THIS CASE** is before the Court on Debtor's Motion to Extend Time to File Documents Required by 11 U.S.C. § 521(a) [ECF 14]. Upon consideration,

1. The Motion [ECF 14] is **GRANTED**.
2. Debtor shall have until February 14, 2017, to file all information required by 11 U.S.C. § 521(a).

SO ORDERED.

###

Copies to:
All Parties in Interest.